JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEI SHI,<br><br>          Petitioner,<br>   vs.<br><br>LINDA SANDERS, Warden, et al.,<br><br>          Respondent. | Case No. CV 12-6211-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 23, 2013

                                                    JOHN F. WALTER<br>
                                                    UNITED STATES DISTRICT JUDGE